FILED 30 NOV '11 13:23 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

THERESA A. GRAYBEAL                                3:10-CV-6387-PK

       Plaintiff,                              OPINION AND ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

       Defendant.

RICHARD F. MCGINTY
McGinty & Belcher, PC
P.O. Box 12806
Salem, OR 97309
(503) 371-9636

       Attorneys for Plaintiff

S. AMANDA MARSHALL
United States Attorney
ADRIAN L. BROWN
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1003

1 - OPINION AND ORDER

BENJAMIN J. GROEBNER
Social Security Administration
Office of the General Counsel
701 Fifth Ave, Ste 600
Portland, OR 97204
(503) 727-1003

    Attorneys for Defendant

MARSH, Judge.

    On November 2, 2011, Magistrate Judge Paul Papak issued a Findings and Recommendation (#18) recommending that the Commissioner's final decision that plaintiff is not disabled should be reversed and remanded to the Commissioner for further proceedings. 28 U.S.C. § 636(b)(1)(B); F.R.C.P. 72(b).

    No objections to Judge Papak's Findings and Recommendation have been timely filed. This Court, therefore, is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*). Accordingly, the court has reviewed the legal principles *de novo* and finds no error. The Court, therefore, ADOPTS the Findings and Recommendation (#18), REVERSES the Commissioner's final decision, and REMANDS this matter for further proceedings as recommended by Judge Papak.

    IT IS SO ORDERED.

    DATED this **30** day of November, 2011.

                                */s/ Malcolm F. Marsh*
                                Malcolm F. Marsh
                                United States District Court Judge